UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAVID KATZ and THOMAS WIGHTMAN, :
Derivatively on Behalf of IROBOT
CORPORATION, :

                                                  19 Civ. 11692-DLC

            Plaintiffs, :

      v. :

MOHAMAD ALI, MICHAEL BELL, RUEY- :
BIN KAO, ANDREW MILLER, ELISHA
FINNEY, MICHELLE V. STACY, COLIN M. :
ANGLE, and DEBORAH ELLINGER,

           Defendants, :

and

IROBOT CORPORATION, :

           Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

**STIPULATION AND [PROPOSED] ORDER TO
TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A)**

      Plaintiffs David Katz and Thomas Wightman, derivatively on behalf of nominal defendant iRobot Corporation, and Mohamad Ali, Michael Bell, Ruey-Bin Kao, Andrew Miller, Elisha Finney, Michelle V. Stacy, Colin M. Angle, And Deborah Ellinger (collectively, the "Individual Defendants," and together with iRobot Corporation, the "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

      WHEREAS, on December 20, 2019, Plaintiffs filed the above-captioned verified shareholder derivative action asserting claims for breach of fiduciary duties, unjust enrichment

and claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) and 78t(a) (the "Complaint;" ECF No. 1);

WHEREAS, Defendants have accepted service of the Complaint in this action;

WHEREAS, the Parties have conferred and agree that the Defendants' time to move, answer or otherwise respond to the Complaint in this action should be deferred until twenty-one (21) days after this Court either so orders or denies the instant stipulation;

WHEREAS the Parties have conferred and agree that this case should be transferred to the District of Massachusetts for at least the following reasons:

1. iRobot Corporation is a Delaware corporation with its corporate headquarters in Bedford, Massachusetts;

2. The Individual Defendants all served on the Board of Directors of Massachusetts-based iRobot, certain of them reside in Massachusetts, and none resides in New York;

3. The above-captioned action could have been brought in the District of Massachusetts under 28 U.S.C. § 1391(b)(1);

4. Transfer to the District of Massachusetts is in the interest of the convenience of the Parties and potential witnesses, most of whom are likely located in iRobot's headquarters in Massachusetts; and

5. This action is related to, and arises out of, similar factual allegations as are asserted in two securities fraud class actions and a later filed shareholder derivative action that are pending in the District of Massachusetts before the Honorable Denise J. Casper. *See Campbell v. iRobot Corp et al.*, No. 19-cv-12483-DJC (D. Mass.); *Miramar Firefighters Pension Fund v. iRobot Corp et al.*,

2

No. 19-cv-12536-DJC (D. Mass.); *Truman v. Angle et al.*, No. 20-cv-10034-DJC (D. Mass.). Transfer of this action will promote efficiency and judicial economy because it will permit this action to be coordinated with these related actions for pretrial proceedings, thereby conserving the resources of the parties and the judiciary.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that i) pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the District of Massachusetts; and (ii) Defendants' time to move, answer or otherwise respond to the Complaint is extended to 21 days after the Court so orders or denies the instant stipulation.

So ordered.

/s/ Denise Cote
1/15/20

3

Dated:   New York, New York
         January 14, 2020

/s/ Gregory M. Egleston
Gregory M. Egleston
Thomas J. McKenna
Gainey McKenna & Egleston
501 Fifth Avenue
New York, NY 10017
(212) 983-1300
gegleston@gme-law.com
tjmckenna@gme-law.com

*Counsel for Plaintiffs*
*David Katz and Thomas Wightman*

/s/ Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
scott.musoff@skadden.com

James R. Carroll (*pro hac vice* forthcoming)
Alisha Q. Nanda
Rene H. DuBois
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants*
*iRobot Corporation, Mohamad Ali, Michael Bell, Ruey-Bin Kao, Andrew Miller, Elisha Finney, Michelle V. Stacy, Colin M. Angle and Deborah Ellinger*

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Denise L. Cote
United States District Judge

4